

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Creed Jones,                                          * From the 238th District Court
                                                       of Midland County,
                                                       Trial Court No. CR52312.

Vs. No. 11-19-00251-CR                                * August 5, 2021

The State of Texas,                                   * Memorandum Opinion by Williams, J.
                                                       (Panel consists of: Bailey, C.J.,
                                                       Trotter, J., and Williams, J.

    This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.